# JacksonLewis

**Jackson Lewis P.C.**
58 South Service Road, Suite 250
Melville NY  11747
(631) 247-0404 Main
(631) 247-0417 Fax
jacksonlewis.com

DIRECT DIAL:  (631) 247-4661
EMAIL ADDRESS: NOEL.TRIPP@JACKSONLEWIS.COM

April 29, 2022

**VIA ECF**

The Honorable Vernon S. Broderick
United States District Judge
Southern District of New York
40 Foley Square, Room 518
New York, New York  10007

> **APPLICATION GRANTED**
> **SO ORDERED** /s/ Vernon Broderick
> **VERNON S. BRODERICK**
> **U.S.D.J.**  05/02/22

Re:  *Faulkner, et al. v. Equinox Holdings, Inc.*
     Civil Case No.: 22-cv-00242

Dear Judge Broderick:

     We represent Defendant in the above-referenced matter.  We write to request that Defendant's deadline to submit its anticipated Motion to Dismiss Plaintiffs' First Amended Complaint be extended three days, from May 3, 2022 through and including May 6, 2022. Plaintiffs consent to this request. This is the Parties' second request for an extension of this date, and no other scheduled dates are affected by the instant request.  Defendant makes this request as a result of unforeseen issues caused by the undersigned's recent time out of the office, as well as the unexpected illness contracted by the undersigned's colleague who is also working on this case.

     We thank the Court for its attention to and consideration of this matter.

                        Respectfully submitted,

                        JACKSON LEWIS, P.C.

                        *Noel P. Tripp*

                        Noel P. Tripp

NPT/cmf

cc:   All Counsel of Record *(via* ECF)