# JacksonLewis

**Jackson Lewis P.C.**
58 South Service Road, Suite 250
Melville NY 11747
(631) 247-0404 Main
(631) 247-0417 Fax
jacksonlewis.com

DIRECT DIAL: (631) 247-4661
EMAIL ADDRESS: NOEL.TRIPP@JACKSONLEWIS.COM

October 18, 2022

**VIA ECF**

The Honorable Denise L. Cote
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

           Re:    *Colleen Faulkner, et al. v. Equinox Holdings, Inc.*
                   Civil Case No.: 22-cv-00242

Dear Judge Cote:

      As counsel for Defendant in the above-referenced matter, we write without opposition from Plaintiffs, in accordance with Rule 1.E. of Your Honor's Individual Rules and further to Plaintiffs' letter of October 12, 2022 (reattached as Exhibit A), to request an adjournment of the initial pretrial conference (and related ancillary deadlines) scheduled for October 28, 2022, pending the Court's disposition of the pending motion to dismiss or consolidate.[1] *See* Ex A; Dkt. Nos. 22-24; 27. This is Defendant's first request for adjournment. No other deadlines will be impacted.

      We thank the Court for its attention to and consideration of this matter.

*Denied,*

*Denise Cote*
*10/19/22*

Respectfully submitted,

JACKSON LEWIS, P.C.

*Noel P. Tripp*

Noel P. Tripp

NPT/cmf

cc:    All Counsel of Record *(via* ECF)

---

[1] The motion seeks dismissal or in the alternative consolidation of this action with an already-pending action in this District (*Katz*, SDNY Case No. 20-CV-09856-VEC).