```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ X
                                     :    22cv242 (DLC)
COLLEEN FAULKNER et al.,             :
                                     :    PRETRIAL
                      Plaintiffs,    :    SCHEDULING ORDER
                                     :
          -v-                        :
                                     :
EQUINOX HOLDINGS, INC.,              :
                      Defendant.     :
                                     :
------------------------------------ X
```

DENISE COTE, District Judge:

   As set forth at the pretrial conference held pursuant to Rule 16, Fed. R. Civ. P., on October 28, 2022, the following schedule shall govern the further conduct of pretrial proceedings in this case:

1. The parties shall comply with their Rule 26(a)(1), Fed. R. Civ. P., initial disclosure obligations by **November 11, 2022**.

2. The plaintiffs shall provide their medical release forms to the defendant by **November 11, 2022**.

3. No additional parties may be joined or pleadings amended after **December 2, 2022**.

4. The parties are instructed to contact the chambers of Magistrate Judge Ona T. Wang prior to **November 4, 2022** in order to pursue settlement discussions under supervision. Settlement discussions shall occur no later than **February 2023**.

5. All fact discovery must be completed by **March 31, 2023**.

6. Expert reports and disclosure of expert testimony conforming to the requirements of Rule 26(a)(2)(B), Fed. R. Civ. P., by the party bearing the burden on an issue must be served by **April 21, 2023**. Identification of rebuttal experts and disclosure of their expert testimony must occur by **May 5, 2023**.

7.  All expert discovery must be completed by **June 2, 2023**.

8.  The following motions will be served by the dates indicated below.

    Motion for Class Certification

    -   Motion served by **April 21, 2023**
    -   Opposition served by **May 5, 2023**
    -   Reply served by **May 19, 2023**

    Motion for Summary Judgment

    -   Motion served by **June 23, 2023**
    -   Opposition served by **July 14, 2023**
    -   Reply served by **July 28, 2023**

    At the time any reply is filed, the moving party shall supply Chambers with two (2) courtesy copies of all motion papers by mailing or delivering them to the United States Courthouse, 500 Pearl Street, New York, New York.

    SO ORDERED:

Dated:   New York, New York
         October 31, 2022

                                    _____
                                            DENISE COTE
                                    United States District Judge