```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------- X
                                          :   22cv242 (DLC)
COLLEEN FAULKNER et al.,                  :
                                          :
                              Plaintiffs, :   ORDER
                                          :
              -v-                         :
                                          :
EQUINOX HOLDINGS, INC.,                   :
                              Defendant.  :
                                          :
----------------------------------------- X
```

DENISE COTE, District Judge:

On January 11, 2022, Colleen Faulkner and Quinn Tew (collectively "Plaintiffs") brought individual and putative class action claims against Equinox Holdings, Inc. ("Equinox"), alleging violations of Title VII of the Civil Rights Act of 1964, 42 U.S.C §§ 2000e et seq. ("Title VII"), the New York State Human Rights Law, Executive Law § 290 et seq. ("NYSHRL"), and the New York City Human Rights Law, the Administrative Code of the City of New York § 8-107 et seq. ("NYCHRL"). Equinox moved to dismiss the First Amended Complaint ("FAC") on May 6.

On October 28, 2022, this Court held an initial pretrial conference. For the reasons stated on the record at the October 28 conference, the motion is granted in part and denied in part.

Equinox's motion to dismiss, stay, or consolidate this action under the rule against claim-splitting is denied.

Further, Equinox's motion to dismiss is denied as to the following claims: Faulkner's class action claims under the NYSHRL and the NYCHRL; Faulkner's individual retaliation claims under Title VII, the NYSHRL, and the NYCHRL; and Tew's individual pregnancy discrimination claim under Title VII.

The motion to dismiss is granted as to the following claims: Tew's class action claims under Title VII, the NYSHRL, and the NYCHRL; Tew's individual claims under the NYSHRL and NYCHRL; and Faulkner's individual gender discrimination claims under Title VII, the NYSHRL, and the NYCHRL.

Dated:   New York, New York
         November 1, 2022

                                    _____
                                              DENISE COTE
                                       United States District Judge