```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
                                         :         22cv242 (DLC)
COLLEEN FAULKNER et al.,                 :
                                         :
                    Plaintiffs,          :         ORDER
                                         :
            -v-                          :
                                         :
EQUINOX HOLDINGS, INC.,                  :
                    Defendant.           :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

    On February 8, 2023, the plaintiffs filed a letter motion requesting a conference to resolve discovery issues between the parties. It is hereby

    ORDERED that a telephone conference will be held on **February 13, 2023** at **2:00 P.M.** The parties shall use the following dial-in credentials for the telephone conference:

        Dial-in:      888-363-4749

        Access Code:  4324948

    IT IS FURTHER ORDERED that the parties shall use a landline if one is available.

    IT IS FURTHER ORDERED that the parties shall meet and

confer in advance of the conference in a good faith effort to resolve the disputes.

Dated:   New York, New York
         February 9, 2023

                                    _____
                                            DENISE COTE
                                    United States District Judge