```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
COLLEEN FAULKNER et al.,                 :    22cv242(DLC)
                                         :
                        Plaintiffs,      :    ORDER OF
            -v-                          :    DISCONTINUANCE
                                         :
EQUINOX HOLDINGS, INC.,                  :
                                         :
                        Defendant.       :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

It having been reported to this Court that this case has been settled, it is hereby

ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made by **July 24, 2023**. If no such application is made by that date, today's dismissal of the action is with prejudice. See Muze, Inc. v. Digital On Demand, Inc., 356 F.3d 492, 494 n.1 (2d Cir. 2004).

Dated:   New York, New York
         June 23, 2023

                                                 _____
                                                       DENISE COTE
                                   United States District Judge